CONTE C. CICALA (173554)
JEANINE STEELE TEDE (177731)
FLYNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, CA 94111
Telephone:  (415) 693-5566
Facsimile:  (415) 693-0410
Email: contec@fdw-law.com

Attorney for Plaintiffs
HPL SEAFREIGHT LTD. and
PELORUS OCEAN LINE LTD.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HPL SEAFREIGHT LTD. and PELORUS OCEAN LINE LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> VPL, INC., <br><br> Defendant. | Case No.:  CV-02423-LKK-EFB <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER |

   The parties hereto, by and through their attorneys of record, hereby stipulate that, pursuant to Rule 41, Federal Rules of Civil Procedure, this action shall be dismissed in its entirety with prejudice, each party to bear its own fees and costs.

Dated:  April 10, 2008             FLYNN, DELICH & WISE LLP


                                   By:  __/s/ Conte C. Cicala
                                        Conte C. Cicala
                                        Jeanine Steele Tede
                                   Attorneys for Plaintiffs
                                   HPL SEAFREIGHT LTD. and
                                   PELORUS OCEAN LINE LTD.

STIPULATION OF DISMISSAL WITH PREJUDICE; PROPOSED ORDER
CV-02423-LKK-EFB

1

PDF created with pdfFactory trial version www.pdffactory.com

Dated:  April 10, 2008                    HARRINGTON FOXX DUBROW


                                          By:  ___/s/ Kevin Gray_
                                               Kevin Gray
                                          Attorneys for Defendant
                                          VPL, INC.


**ORDER**

IT IS SO ORDERED.


Dated: April 15, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION OF DISMISSAL WITH PREJUDICE; PROPOSED ORDER
CV-02423-LKK-EFB

2

PDF created with pdfFactory trial version www.pdffactory.com